# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>LEON KEITH JAMES<br><br>Date of Original Judgment: June 22, 2005<br>Date of Previous Amended Judgment: N/A<br>(Use Date of Last Amended Judgment if Any) | **AMENDED JUDGMENT**<br><br>Case No: 7:04-CR-119-1FL<br>USM No: 21630-056<br><br>Thomas P. McNamara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **132** months **is reduced to** **120 months**.

The 60-month sentence imposed in Count 8, runs consecutively to Count 1.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 22, 2005 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 10/9/2013

*Judge's signature* — Louise W. Flanagan, United States District Judge
*Printed name and title*

Effective Date: ____
*(if different from order date)*