UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leon Keith James**                                Docket No. 7:04-CR-119-1FL

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leon Keith James, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 846, and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 22, 2005, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On October 9, 2013, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's imprisonment term was reduced to 180 months.

Leon Keith James was released from custody on October 19, 2017, at which time the term of supervised release commenced.

A Violation Report was submitted to the court on March 5, 2018, addressing cocaine use. The defendant was continued on supervision, referred for substance abuse treatment, and a cognitive intervention was applied.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on July 18, 2018, was positive for cocaine. When confronted by the undersigned probation officer about illicit drug use, James admitted cocaine use on or about July 16, 2018, and signed an admission form.

A urine specimen collected from the defendant on August 7, 2018, was positive for cocaine. When confronted by the undersigned probation officer about illicit drug use, James admitted cocaine use on August 5, 2018, and signed an admission form.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Leon Keith James**
**Docket No. 7:04-CR-119-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: August 13, 2018

## ORDER OF THE COURT

Considered and ordered this __15th__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge